

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00200-CV

IN THE MATTER OF T.L.      §     On Appeal from the 323rd District Court

         §     of Tarrant County (323-110598-19)

         §     September 26, 2019

         §     Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
     Justice Dana Womack